```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 07 B 08342
    TEREDA L ARTIS
                                         CHAPTER 13

                                         JUDGE: JACK B SCHMETTERER

        Debtor
    SSN XXX-XX-1873

------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    The case was filed on 05/08/2007 and was confirmed 07/18/2007.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

    The case was dismissed after confirmation 10/01/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID           PAID
------------------------------------------------------------------------
CITY OF CHICAGO PARKING    UNSECURED       4285.00          .00            .00
MEDICAL COLLECTIONS SYS    UNSECURED       NOT FILED        .00            .00
CHRIST HOSPITAL & MEDICA   UNSECURED       3367.00          .00            .00
MRSI                       UNSECURED       NOT FILED        .00            .00
NCO FINANCIAL SYSTEMS      UNSECURED       NOT FILED        .00            .00
ASSET ACCEPTANCE LLC       UNSECURED        320.60          .00            .00
PORTFOLIO RECOVERY ASSOC   UNSECURED        284.00          .00            .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY     3,484.00                      812.60
TOM VAUGHN                 TRUSTEE                                        62.40
DEBTOR REFUND              REFUND                                        160.00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                1,035.00

PRIORITY                                             .00
SECURED                                              .00
UNSECURED                                            .00
ADMINISTRATIVE                                    812.60
TRUSTEE COMPENSATION                               62.40
DEBTOR REFUND                                     160.00
                       --------------           --------------
TOTALS                 1,035.00                  1,035.00
```

            PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 07 B 08342 TEREDA L ARTIS

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 01/26/09 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |